IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEIVI ORLANDO PEREZ HERNANDEZ,

    Petitioner,

v.

PAMELA BONDI, Attorney General of
the United States; KRISTI NOEM,
Secretary of the Department of Homeland
Security, (DHS); TODD LYONS, Acting
Director of Immigration & Customs
Enforcement, (ICE); and DORA CASTRO,
Warden of Otero County Processing Center

    Respondents.

Case No. 2:25-cv-01099-JB-LF

## ORDER SETTING HEARING DATE

THIS MATTER is before the Court on Petitioner's Verified Habeas Corpus Petition (Doc. 1). On November 4, 2025, the Court ordered Petitioner to effectuate service of the petition and its order to show cause on Respondents by November 26, 2025. Doc. 4 at 2. On November 22 and 24, 2025, Petitioner filed proofs of service as to all Respondents. *See* Doc. 7–11. The earliest a Respondent was served was November 19, 2025, *see* Doc. 7, and the latest was November 24, *see* Doc. 11. Respondents are ordered to respond to the petition no later than **Monday, December 1, 2025**. Petitioner's optional reply is due by **Thursday, December 4, 2025.**

The Court will hold a hearing on the petition on **Friday, December 5, 2025, at 9:30 a.m.**, at the Pete V. Domenici United States Courthouse, Chama Courtroom, Fourth Floor, 333 Lomas Boulevard, Northwest, Albuquerque, New Mexico. Petitioner's counsel and a representative from the United States Attorney's Office for the District of New Mexico must

attend in-person unless otherwise ordered.  Any motion to appear by Zoom must be filed by Tuesday, December 2, 2025.  The Clerk of Court is directed to provide a courtesy copy of this Order to the Civil Division Chief of the United States Attorney's Office for the District of New Mexico.

    IT IS SO ORDERED.

_____
Laura Fashing
United States Magistrate Judge