IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEIVI ORLANDO PEREZ HERNANDEZ,

    Petitioner,

v.

PAMELA BONDI, Attorney General of
the United States; KRISTI NOEM,
Secretary of the Department of Homeland
Security, (DHS); TODD LYONS, Acting
Director of Immigration & Customs
Enforcement, (ICE); and DORA CASTRO,
Warden of Otero County Processing Center

    Respondents.

Case No. 2:25-cv-01099-JB-LF

**ORDER GRANTING EXTENSION OF TIME
FOR RESPONSE TO PETITION AND SETTING HEARING**

    THIS MATTER is before the Court on Respondents' Opposed Motion for Extension of Time to Respond to Complaint (Doc. 20).[1] The Court considered the motion at its December 5, 2025, hearing. *See* Doc. 24. The parties agreed that additional information was necessary to determine Petitioner's location at the time the petition was filed and whether this matter should be transferred to Texas. *Id.*

    The motion for extension of time is therefore GRANTED. The Court will hold a hearing on **Wednesday, December 10, 2025,** at **10:00 a.m. MST**, at the Pete V. Domenici United States Courthouse, Chama Courtroom, Fourth Floor, 333 Lomas Boulevard, Northwest, Albuquerque,

---

[1] Respondents Pamela Bondi, Kristi Noem, and Todd Lyons ("Federal Respondents") filed the motion, but they state that "all arguments made on behalf of [Federal Respondents] apply equally to" Warden Castro. Doc. 13 at 1 n.1.

New Mexico.  Counsel for Petitioner may appear via video conference, and a notice with Zoom meeting information will be docketed as a separate docket entry, viewable only by the parties.

By December 9, 2025, at 12:00 p.m. MST, Respondents shall file on the docket an affidavit or other document providing additional information as to Petitioner's exact location when the petition was filed (November 5, 2025, at 10:21 p.m. MST).

IT IS SO ORDERED.

_____
Laura Fashing
United States Magistrate Judge