IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEIVI ORLANDO PEREZ HERNANDEZ,

    Petitioner,

v.                                                                                                          Case No. 2:25-cv-01099-JB-LF

PAMELA BONDI, Attorney General of
the United States; KRISTI NOEM,
Secretary of the Department of Homeland
Security, (DHS); TODD LYONS, Acting
Director of Immigration & Customs
Enforcement, (ICE); and DORA CASTRO,
Warden of Otero County Processing Center

    Respondents.

## ORDER SETTING EVIDENTIARY HEARING

IT IS HEREBY ORDERED that the above matter is set for an evidentiary hearing on **December 11, 2025, at 1:00 p.m. MST** at the Pete V. Domenici United States Courthouse, Chama Courtroom, Fourth Floor, 333 Lomas Boulevard, Northwest, Albuquerque, New Mexico. Crystal Garcia, Acting Supervisory Detention and Deportation Officer with U.S. Immigration and Customs Enforcement in El Paso Texas, who provided the declaration in Doc. 30-1, is ordered to appear in-person for the hearing.  Ms. Garcia is ordered to produce at the hearing all records she relied upon in making that declaration.  She also is ordered to provide the bus logs of the bus that transported Petitioner from the Otero County Processing Center in New Mexico to Camp East Montana in El Paso, Texas on or about November 5, 2025.

IT IS FURTHER ORDERED that Counsel for Petitioner may appear via video conference, and a notice with Zoom meeting information will be docketed as a separate docket entry, viewable only by the parties.

2

    No later than December 10, 2025, at 5:00 p.m. MST, Respondents shall file on the docket the records they relied on in representing to the Court that Petitioner was discharged from the Otero County Processing Center on November 5, 2025, at 3:18 p.m. before being recorded as in custody at the El Paso Camp on November 6, 2025, at 4:30 p.m.  *See* Doc. 24 at 2.

    IT IS SO ORDERED.

_____<br>
Laura Fashing<br>
U.S. Magistrate Judge